UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

ISRAEL HERNANDEZ,

    Plaintiff,

v.                                No. 3:250-CV-04650-LB

GRAND AND LINDEN FAMILY APARTMENTS, LP,

    Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL

---

COMES NOW, the Plaintiff, ISRAEL HERNANDEZ, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 19th day of AUGUST, 2025.

*JONATHAN B. HASKETT, ESQ.*
(SBN 290683)
HASKETT & ASSOCIATES, APC.
1465 Morena Blvd., First Floor
San Diego, CA 92110
Telephone: (619) 961-8639
Fax: 619) 323-0862
Email: jbh@haskettlegal.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of August, 2025, named Defendant, and all DOES, has not been served.

*s/ JONATHAN B. HASKETT*

1